**ORIGINAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2022 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____Darius Spates_____
_____15B1651_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CV 22-3595**

JURY DEMAND

YES ____   NO __X__

DONNELLY, J.

HENRY, M.J.

-against-

_____State of New York_____
_____Erie County Parole_____
_____and Community Supervision_____
_____and Buffalo Police_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

X    A. Name of plaintiff _____Darius Spates_____

If you are incarcerated, provide the name of the facility and address:

_____Cape Vincent Correctional Facility_____
_____Route 12E, P.O. Box 739_____
_____Cape Vincent, NY 13618_____

Prisoner ID Number: _____15B1651_____

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Parole officer Lombardo

Job Title: Employee of Community Supervision Parole officer

Address: 460 Main St, Bflo NY 14202

Defendant No. 2

Full Name: J. Aponte

Job Title: Bflo police

Address: employee of city police department (Bflo)

Defendant No. 3

Full Name: officer: Clapp

Job Title: employee of city police department (Bflo)

2

Address _____

Defendant No. 4

Full Name: _Melissa Himmelsbach_

Job Title: _DA of BFlo (parole)_

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _Erie County Department of Buffalo parole_

When did the events happen? (include approximate time and date) _arrested by police officers on 2/9/21 approximatly at 7:30 pm for allegedly assult charges reported_

3

Facts: (what happened?) by store clerk at Convience store located at 177 french st who never testified as a witness for the state of the alleged assult. the Brother of the store clerk who was also a witness who never made him self available for the state. please be advised this was a heresay report to my parole officers who received a phone call from the arresting officers. please take note their was no victims who came to criminal for the alleged assult. the Brother of the store clerk did come to the Contested hearing that was compelled by the D.A. to give a different story from the original but once again I was not found guilty for the alleged assult in criminal court to where All charges were dismissed by the Judge.

II.A.  Injuries.  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

their was no injuries. I am suffering being in prison in a covid infested facility due to the fase acts of the state actors who abused their sheild and athority to still have me incarserated for parole violations,

4

that were dismissed by Supreme Criminal Court.

III. Relief: State what relief you are seeking if you prevail on your complaint.

to have my record expunged, to see justice served that the District attorney who prosecuted me and parole, police officers be held accountable for not updating to the community Supervision and Criminal justice department the dismissal data. I AM Suing for 1,000,000

I declare under penalty of perjury that on _____, I delivered this complaint to prison authorities at Cape Vincent Correctious to be mailed to the United States District Court for the Eastern District of New York.
(date)
(name of prison)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/10/22     X _Davion Spates_
                        Signature of Plaintiff

Cape Vincent Correctional facility
Name of Prison Facility or Address if not incarcerated

Route 12E, P.O. Box 739
Cape Vincent, NY 13618
Address

Sworn b/f ME on
this date 10 June 2022

_____ Prisoner ID#

PATRICIA A. RECOR
Notary Public, State of New York
Qualified in Jefferson County
01RE6170583
Commission Expires on July 9, 2023

rev. 12/1/2015

5

Proof of Service

From: Darius Spates
DIN: 15B1651

I am sending copies to the Erie County Criminal Court.

As well as the Erie County district Attorneys office.

I am also sending a copy to the department of Community Supervision of parole, located in Erie County.

I am requesting to be assigned an attorney or to proceed as **pro-se** due to being a poor person.

*Darius Spates*
6/10/22

Sworn before me on this date 10 June 2022

PATRICIA A. RECOR
Notary Public, State of New York
Qualified in Jefferson County
01RE6170583
Commission Expires on July 9, 20 23

Affidivit to Support All issues raised to this Court

1 of 2 pages

1. Sentencing Minutes

2. The dismissal of criminal charges from criminal court.

3. The Minutes from parloe, who ignored the criminal charges being dismissed.

4. The Misconduct of parole who steal sentenced me for the alleged criminal charges to 24 months re-incarceration.

5. The Criminal Court Judge stated that this would be a conditional discharge.

6. This eromeous information from Community Super vision needs to be corrected to my immediatly release as part of the court order.

From: Darius Spates
DIN: 15B1651

6/3/22

7. This document of support is being sent from Jefferson County and Cape Vincent Correctional facility;

I am also sending a copy to the Criminal Court Sentencing Judge Honorable Barbra Johnson-Lee.

I am currently at Cape Vincent Correctional facility.

*Darius Spates*
6/10/22

Sworn before me on this date 10 June 2022

PATRICIA A. RECOR
Notary Public, State of New York
Qualified in Jefferson County
01RE6170583
Commission Expires on July 9, 20 23

*Client Copy*

**JOHN BEDASKA**
**ATTORNEY AT LAW**
**P.O. BOX 81**
**BUFFALO, N.Y. 14223**

Telephone and Fax No.
(716) 873-7116

Oct. 18, 2021

HON. GERALD GREENAN
460 Main St.
Buffalo, NY 14202

DEPT. OF CORRECTIONS AND COMMUNITY SUPERVISION
PAROLE VIOLATION UNIT
460 Main St.
Buffalo, NY 14202
Attention: MELISSA HIMMELSBACH

Re: Final Parole Revocation Hearing- 12/3/21
    SPARES, DARIUS
    WARRANT NO. 775332

Dear Judge Greenan and Ms. Himmelsbach;

    A contested hearing in the above case is scheduled for Dec. 3, 2021. However, on Oct. 13, 2021 Mr. Spates received an Adjournment in Contemplation of Dismissal ("ACD") regarding charges which formed the basis of the conduct leading to his arrest. I enclose the Oct. 18, 2021 correspondence for his Buffalo City Court attorney, Mr. Schifano.

    Under the newly amended law, this conduct cannot now form the basis of a sustained violation. The only remaining charges are technical violations for which incarceration is not permitted.

    It appears that Mr. Spates should be released. Please advise regarding this matter.

Very truly yours

John Bedaska

cc: client



**David C. Schopp**
*Chief Executive Officer*

**Lucian Wiza**
*Chief Financial Officer*

**Criminal Defense Unit**

**Kevin M. Stadelmaier**
*Chief Attorney*
**Danielle H. Maichle**
*Managing Attorney*
**Lori Hoffman**
*Managing Attorney*
**Michael S. Deal**
*Managing Attorney*
**Carrie Phillips**
*Managing Attorney*
**Valerie R. Watson**
*Support Staff Supervisor*
**Sophie Feal**
*RIAC Supervisor*

**Staff Attorneys**

Jesutowo Adeniji
Farina M. Barth
Janet Curry
Monica A. Delmonte
Laura El-Bahtity
Holly Erick
Peter Gartner
Kenneth L. Goldberg
Kevin A. Harris
Roland L. W. Hayes
Charles R. Katz
Michael J. LoCicero
Kaitlyn L. Marinelli
Kristin Markarian
Athena E. McCrory
Brooke A. Meehan
Lillian Medina
Brooke Meehan
Ifeoluwa Popoola
Tyler W. Reimers
Sean F. Rheinheimer
Molly Roach
Sarah Ryan
Justin Schifano
Rebecca L. Town
Amanda S. Wadsworth
Samantha I.V. White
Karla J. Zimmerman

October 18, 2021

John Bedaska, Esq.
PO Box 81
Buffalo, NY 14223

RE: Darius Spates CR-940-21

Mr. Bedaska;

I am writing to inform you that I represent Darius Spates in Buffalo City Court on Docket CR-940-21. On Wednesday, October 13, 2021 Mr. Spates made the application for an Adjournment in Contemplation of Dismissal for six months, pursuant to CPL 170.55. This was granted by the Honorable Barbara Johnson-Lee, satisfying his pending charges in Buffalo City Court. The dismissal date is scheduled for April 13, 2022. He has no further court appearances, and this resolution was offered by the Erie County District Attorney's Office who intends no further prosecution.

If you have any questions please feel free to contact me. Thank you.

Respectfully,

Justin Schifano, Esq.
Ext. 215

290 Main Street | Suite 350 | Buffalo, New York 14202 | p. 716.853.9555 | f. 716.853.3219
www.legalaidbuffalo.org

Form #3008 (10/2021)

# New York State Board of Parole
## PAROLE REVOCATION DECISION NOTICE

| | | | |
|---|---|---|---|
| NAME | Darius Spates | AREA OFFICE | Buffalo |
| NYSID # | 01-629-471-R | HEARING LOCATION | Erie County Jail |
| DIN # | 15-B-1651 | HEARING DATE | December 3, 2021 |
| WARRANT # 775332 | | | |
| ATTORNEY | John Bedaska, Esq. | | |

Post-Release Supervision: YES [■]  NO [ ]
Contested: YES [■]  NO [ ]
In Absentia: YES [ ]  NO [■]

Release Date: 12/15/2020

## I. VIOLATOR CATEGORY

1 [■] **Non-technical.**

    (i) [■] Current violation involves the commission of a felony or misdemeanor offense;

        [■] Category 1     [ ] Category 3

    (ii) [ ] Violator is serving a sentence for an offense defined in article 130 of the penal law or section 255.26 or 255.27 of such law, and such conduct violated a condition reasonably related to such offense and efforts to protect the public from the commission of a repeat of such offense.

2 [ ] **Technical.** (The case cannot be defined as non-technical.) Check all that apply:

    [ ] Violator absconded from supervision.

    [ ] One or more sustained technical violations other than absconding, and that are not "certain technical violations" for which reincarceration is never permitted.

    [ ] One or more sustained technical charges for certain technical violative conduct that is never re-incarcerable.

3 [ ] **Local conditional release.**

Form 3008 (10/2021)

NAME Darius Spates

WARRANT # 775332

## II. FINDINGS AND CONCLUSIONS

☐ No violations sustained. Therefore, all charges are dismissed, and delinquency is cancelled as explained below.

☒ Parole is Revoked. Charges  5   ( 8 ),  6  ( 8 ),      ( ),      ( ),      ( ),

are sustained.

based on the information contained in the Violation of Release Report and

Credible **Testimony** of

PRS Melissa Himmelsbach
Victim - ALjabal Saleh
Parole Officer Michael Lombardo
Parole Officer Njabulo Dlodlo

**Exhibits**

Notice of Violation, Violation of Release Report, Release to Parole Supervision, general conditions, special conditions, deposition, photos.

☐ Charges      ( ),      ( ),      ( ),      ( ),      ( ),      ( ),      ( ),  withdrawn.

☒ Charges not proven by clear and convincing evidence:  1  ( 13 ),  2  ( 4 ),  3  ( 13 ), 4 (13) and 7 (8).

☐ Charges      ( ),      ( ),      ( ),      ( ) not approved for prosecution.

**DELINQUENCY DATE OF**            sustained. **DELINQUENCY DATE of** 01/12/2021 modified to 02/09/2021 .

☐ Violator participated in or completed an alternative program, or had delinquency cancelled following completion of a diversion program, <u>within the six months prior to the earliest date of the alleged violations</u>. ALT 45-day program is therefore not available.

Form 3008 (10/2021)

**NAME** Darius Spates                                                **WARRANT #** 775332

## III. DISPOSITION

☒ **REINCARCERATION IMPOSED.** *

    ☐ _____ Days reincarceration if no more than 30

    ☒ __24__ Months reincarceration

    ☐ Hold to Maximum Expiration

    ☐ ALT 45

    ☐ ALT 90

An ALT disposition, if imposed, is a time assessment with provision that if the violator successfully completes an alternative program within a Department correctional facility, of the approximate length specified in this decision (45 days or 90 days), to be offered to the violator following their return to a Department correctional facility, then after their successful completion of such program, the violator shall be immediately re-released to community supervision.

☐ REVOKE AND RESTORE TO SUPERVISION

**REVOKE AND RESTORE VIOLATOR CATEGORY AND CONDITIONS**

☐ Non-technical            ☐ Technical

Revoke & Restore to Program (include program name & address):

Revoke & Restore Additional Special Conditions:

*Individual time assessments, which run concurrently, may be separately noted in the Analysis.

Analysis appears on the pages(s) that follow.

Cape Vincent
Correctional Facility

NEOPOST
06/13/2022
US POSTAGE $001.76



ZIP 13618
041M11283101

5. Courthouse
 Cadman plaza East
klyn, New york 11201.

al Mail

Darius Spates
Cape Vincent Correctional Facility
Route 12E, P.O. Box 739
Cape Vincent, N.Y. 13618

U.S.
223
Bro